Opinion
issued March 31, 2011

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01B09B00810BCV

 



 

WEBWORLD MARKETING, LLC
D/B/A D.B. COOPERS MANSION, Appellant

 

V.

 

HARRIS COUNTY, TEXAS,
Appellee

 



 

On Appeal from the 157th
District Court

 Harris County, Texas

Trial Court Cause No. 2009-39805

 



 

MEMORANDUM
OPINION








Appellant Webworld Marketing, LLC d/b/a D.B.
Coopers Mansion has failed to timely file a brief.  See Tex.
R. App. P. 38.8(a) (failure of appellant to file brief).  After being notified that this appeal was
subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Brown.